# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 339 EAL 2023

     Respondent

          :   Petition for Allowance of Appeal
          :   from the Order of the Superior Court

     v.

TAQI BROWER,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 340 EAL 2023

     Respondent

          :   Petition for Allowance of Appeal
          :   from the Order of the Superior Court

     v.

TAQI BROWER,

     Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.